# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS BARDO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:17-942 |
| v. | : | (JUDGE MANNION) |
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY** ordered that defendant's motion for summary judgment **(Doc. 14)** is **GRANTED.** The Clerk of Court is directed to enter judgement in favor of the defendant and against the plaintiff. The Clerk of Court is further directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 11, 2020**
17-942-01